**Order entered August 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00694-CV

**DAVID JOACHIM, Appellant**

**V.**

**FRIEDMAN & FEIGER, L.L.P., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

## ORDER

Appellant has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    BILL WHITEHILL
        JUSTICE